IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) ) ) | |
| vs. | ) ) ) | Case No. 1:22-CR-88 (TJK) |
| **KEITH STEEDLEY,** | ) | |
| **Defendant.** | | |

### DEFENDANT'S MOTION REQUESTING IN-PERSON SENTENCING

Keith Steedley, through counsel, respectfully requests that his sentencing, scheduled for September 16, 2022 at 2:30 p.m., be held in the courtroom rather than virtually. Mr. Steedley thanks the Court for considering this request.

Respectfully Submitted,

_____/s/_____
NED SMOCK
Assistant Federal Public Defender
625 Indiana Avenue, N.W., Suite 550
Washington, D.C.  20004
(202) 208-7500

1